■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID A. SHOWLER, Appellant. [619 NYS2d 1011] —Judgment unanimously affirmed. Memorandum: There is no merit to the contention that the People failed to meet their burden of proof beyond a reasonable doubt that defendant had previously been convicted of a felony. Because defendant never successfully challenged the previous determination that he was a second felony offender, by either direct appeal or post-judgment motion, that determination is binding on him (see, CPL 400.21 [8]; People v Young, 123 AD2d 366, 367, lv denied 68 NY2d 919; People v Ames, 115 AD2d 543, 545, lv denied 67 NY2d 759). (Appeal from Judgment of Genesee County Court, Morton, J. —Assault, 2nd Degree.) Present—Pine, J. P., Lawton, Fallon, Davis and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BARRON KING, Appellant. [619 NYS2d 1011] —Judgment unanimously affirmed (see, People v Saunders, 190 AD2d 1092, 1093, lv denied 81 NY2d 1019). (Appeal from Judgment of Erie County Court, D'Amico, J.—Attempted Robbery, 1st Degree.) Present—Pine, J. P., Lawton, Fallon, Davis and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NEIL H. FARLEY, Appellant. [619 NYS2d 1011] —Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Genesee County Court, Morton, J.—Assault, 2nd Degree.) Present—Lawton, J. P., Fallon, Wesley, Doerr and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HARRY B. FOWLER, Appellant. [619 NYS2d 1011] —Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Henry, Jr., J.—Sexual Abuse, 1st Degree.) Present—Lawton, J. P., Fallon, Wesley, Doerr and Davis, JJ.